```
            UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WARREN MAYO,                   : CIVIL NO: 3:11-CV-00807
                               :
        Plaintiff              : (Judge Caputo)
    v.                         :
                               : (Magistrate Judge Smyser)
CHRIS SMITH and                :
MICHAEL WELSH,                 :
                               :
        Defendants             :
```

## REPORT AND RECOMMENDATION

On April 27, 2011, the plaintiff, a state prisoner proceeding *pro se*, commenced this civil action by filing a complaint. On August 4, 2011 counsel for the defendants entered her appearance.

A case management order was filed on August 9, 2011. The Case Management Order provided *inter alia* that all discovery shall be planned and commenced so as to be completed by February 10, 2012 and that any dispositive motion shall be filed on or before April 13, 2012.

The discovery period has closed and the time for filing dispositive motions has passed.  No motions are pending.

It is recommended that this case be listed for trial.

*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated:  May 4, 2012.