# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WARREN MAYO, | |
| Plaintiff, | No. 3:11-CV-00807 |
| v. | |
| CHRIS SMITH and MICHAEL WELSH, | (JUDGE CAPUTO) |
| Defendants | (MAGISTRATE JUDGE SMYSER) |

## ORDER

**NOW** this 24th day of May, 2012, upon review of Magistrate Judge Smyser's Report and Recommendation (Doc. 32) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 32) is **ADOPTED.**

(2) This case shall be placed on the **October 2012** trial list. A pretrial scheduling order will follow.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge